AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.** | )<br>)<br>)    Case No.    5:25-mj-373 (MJK)<br>)<br>) |
| LOMERE HOLLIMAN | )<br>) |
| **Defendant** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 8, 2025 in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Distribution and Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒    Continued on the attached sheet.

*Richard R Gardinier 5999*
_____
*Complainant's signature*

Richard Gardinier, Special Agent
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    November 10, 2025
_____
*Judge's signature*

City and State:    Syracuse, New York

Hon. Mitchell J. Katz, U.S. Magistrate Judge
_____
*Printed name and title*

AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Richard Gardinier, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a criminal complaint charging Lomere Holliman with violating Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

2.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since January 2, 2017. I attended the Federal Law Enforcement Training Center (FLETC), located in Glynco, Georgia, where in I was enrolled in, and successfully completed, both Criminal Investigator Training Program (CITP) and Special Agent Basic Training (SABT). During my training, I received instruction on physical surveillance, interviewing sources of information and defendants, reviewing telephone and financial records, applying for and serving search warrants, firearms trafficking, etc. Prior to my time with ATF, I was employed by the United States Secret Service, Uniformed Division (USSS/UD) for four years. I was enrolled in and successfully completed the Uniformed Police Training Program (UPTP) at FLETC, as well as New Officer Training with the USSS/UD, located in Beltsville, Maryland.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Lomere HOLLIMAN has violated Title 21,

1

United States Code, Sections 841 (a)(1) and (b)(1)(C), distribution and possession with intent to distribute a controlled substance.

<u>FACTS ESTABLISHING PROBABLE CAUSE</u>

5.     In December 2024, ATF began investigating Lomere HOLLIMAN for potential firearm and narcotics trafficking activity. This investigation included the use of confidential informants to conduct controlled purchases.

6.     On May 8, 2025, Lomere HOLLIMAN sold a firearm and a quantity of fentanyl to an individual hereafter referred to as Individual A. HOLLIMAN agreed, via cell phone communications, to make the sale, and directed Individual A to a location in the City of Syracuse. ATF agents provided Individual A with government funds and recording devices.

7.     At the buy location, HOLLIMAN met with Individual A. HOLLIMAN sold Individual A multiple bundles of glassine envelopes. The envelopes contained a tan powdery substance purported to be fentanyl.

8.     HOLLIMAN also sold Individual A a firearm—a Smith and Wesson, model M&P 22 Compact, .22lr caliber pistol bearing serial number HHH6519—and ten rounds of .22lr caliber ammunition.

9.     Individual A provided me with the suspected fentanyl, firearm, and ammunition that s/he had purchased from HOLLIMAN. There were approximately 150 small glassine envelopes containing tan powdery substance. A subsequent field test of the tan powdery substance revealed a positive indication for the presence of fentanyl.

10.     In light of the foregoing, I respectfully submit there is probable cause to believe that Lomere Holliman has violated Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(C), and I respectfully request the Court authorize the filing of this complaint so that the defendant may be brought to court for further proceedings in accordance with the law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

*Richard R Gardinier 5999*

Richard Gardinier,
Special Agent, ATF

I, the Honorable Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by video conference on November 10, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

United States Magistrate Judge