IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:26-CR-79 (ECC) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **LOMERE HOLLIMAN,** | ) | Violations:    18 U.S.C. § 924(c) |
| | ) | [Use and Carrying of a |
| | ) | Firearm During and in |
| | ) | Relation to a Drug Trafficking |
| | ) | Crime] |
| **Defendant.** | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | [Possession with Intent to |
| | ) | Distribute and Distribution of |
| | ) | a Controlled Substance] |
| | ) | |
| | ) | 2 Counts |
| | ) | |
| | ) | County of Offense:    Onondaga |

**INFORMATION:**

**COUNT 1**
**[Use and Carrying of a Firearm During and in Relation to a Drug Trafficking Crime]**

On or about May 8, 2025, in Onondaga County in the Northern District of New York, the defendant, **LOMERE HOLLIMAN**, during and in relation to one or more drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute and distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), knowingly used and carried a firearm, that is, a Smith and Wesson, model M&P 22 Compact, .22lr caliber pistol bearing serial number HHH6519, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT 2**
**[Possession with Intent to Distribute and Distribution of a Controlled Substance]**

On or about May 8, 2025, in Onondaga County in the Northern District of New York, the defendant, **LOMERE HOLLIMAN**, knowingly and intentionally possessed with intent to distribute and distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved N-Phenyl-N-[1-(2-Phenylethyl)-4-Piperidinyl] Propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

Dated: March 18, 2026

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:  _____

Jessica N. Carbone
Assistant United States Attorney
Bar Roll No. 703490

2